IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 97-31122
Summary Calendar

_____

MARCELLETE M. TWEED,

Plaintiff-Appellant,

versus

KENNETH S. APFEL,
COMMISSIONER OF SOCIAL SECURITY,

Defendant-Appellee.

Appeal from the United States District Court
for the Western District of Louisiana
(96-CV-2721)

June 26, 1998

Before JOHNSON, SMITH, and EMILIO M. GARZA, Circuit Judges.

PER CURIAM:[*]

Marcellete M. Tweed appeals the district court's judgment affirming the decision of the Commissioner of Social Security denying her claim for disability insurance benefits. Her five issues on appeal can be boiled down to two arguments: that the Commissioner failed to apply the correct legal standards in reviewing her case and that his decision was not supported by substantial evidence.

After careful review of the record and the arguments, we hold that the Commissioner's finding that Tweed was "not disabled" is

_____

[*] Pursuant to 5th CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th CIR. R. 47.5.4.

consistent with applicable legal standards and is supported by substantial evidence.  See <u>Anthony v. Sullivan</u>, 954 F.2d 289, 292 (5th Cir. 1992).

AFFIRMED.